154 A.3d 672

HAZEL HAMRICK LEE, INDIVIDUALLY, AND AS ADMINISTRA-
TRIX AD PROSEQUENDUM OF THE ESTATE OF DARRELL A.
HAMRICK AND RICKY HAMRICK, PLAINTIFF-RESPON-
DENT, v. FLORENCE BROWN, THE PATERSON FIRE DE-
PARTMENT, THOMAS J. HIRZ, MICHAEL MUCCIO AND L.
IANDOLI, DEFENDANTS, AND THE CITY OF PATERSON,
DEFENDANT-MOVANT, AND ROBERT BIERALS, DEFEN-
DANT. AND OTHER RELATED CASES

October 7, 2016

ORDER

It is ORDERED that the motion for leave to appeal is granted.

154 A.3d 672

HAZEL HAMRICK LEE, INDIVIDUALLY, AND AS ADMINISTRA-
TRIX AD PROSEQUENDUM OF THE ESTATE OF DARRELL A.
HAMRICK AND RICKY HAMRICK, PLAINTIFF-RESPON-
DENT, v. FLORENCE BROWN, THE PATERSON FIRE DE-
PARTMENT, THOMAS J. HIRZ, MICHAEL MUCCIO AND L.
IANDOLI, DEFENDANTS, AND THE CITY OF PATERSON,
DEFENDANT, AND ROBERT BIERALS, DEFENDANT-MOV-
ANT. AND OTHER RELATED CASES

October 7, 2016

ORDER

It is ORDERED that the motion for leave to appeal is granted.